# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:05cv87

| | |
|---|---|
| CARLIE BOWLING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER OF REMAND** |
| ) | **TO STATE COURT** |
| MARGARET R. PARDEE MEMORIAL ) | |
| HOSPITAL, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on plaintiff's Motion to Remand. Having considered plaintiff's motion and reviewed the pleadings, and it appearing that defendant consents, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion to Remand is **GRANTED,** and

(1) in accordance with 28, United States Code, Section 1447(c), this action is **REMANDED** to the North Carolina General Court of Justice, Superior Court Division, Henderson County, for disposition;

(2) inasmuch as defendant filed its responsive pleading (a motion to dismiss) in this court, the Clerk of this Court is respectfully instructed to certify a copy of such responsive pleading to the state court and, in his discretion, tax the cost of such certification to the defendant (if such certification results in a substantial cost to the Clerk); and

(2) the Clerk of this Court is respectfully instructed to **NOT** withhold the

execution of this Order for 10 days, inasmuch as defendant has consented to remand and waived the 10 day review period.

**Signed: May 23, 2005**

Dennis L. Howell
United States Magistrate Judge